No. 78–781. SPECIAL SCHOOL DISTRICT No. 1, MINNEAPOLIS, MINNESOTA, ET AL. *v.* BOOKER ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–795. EMPRESA LINEAS MARITIMAS ARGENTINAS *v.* SAMUELS. C. A. 5th Cir. Certiorari denied.

No. 78–897. AUSTIN INDEPENDENT SCHOOL DISTRICT *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6127. ELEUTERIO *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 78–1041. HOPKINS, CORRECTIONS DIRECTOR *v.* FABRITZ. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–1131. BOARD OF EDUCATION OF JEFFERSON COUNTY, KENTUCKY, ET AL. *v.* HAYCRAFT ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACKMUN, MR. JUSTICE POWELL, and MR. JUSTICE REHNQUIST would grant certiorari.

No. 78–1922. AMERICAN FEDERATION OF LABOR & CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* KAHN, CHAIRMAN, COUNCIL ON WAGE AND PRICE STABILITY, ET AL. C. A. D. C. Cir. Motion to dispense with printing petition and to expedite consideration granted. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.